UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:24CR388 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | **UNOPPOSED MOTION TO CONTINUE** |
| | ) | **SENTENCING HEARING** |
| WILLIE L. FORTNER III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Now comes Defendant Willie L. Fortner III, by and through undersigned counsel, jointly with the United States, who respectfully moves the Court to continue the August 5, 2025, sentencing hearing to September 23, 2025.

On July 23, 2025, Mr. Fortner was detained pursuant to an outstanding warrant in Franklin County, Ohio. The Franklin County Court has set the hearing for August 4, 2025.  Given the uncertainty regarding Mr. Fortner's status, the parties would benefit from additional time to understand the implications of the Franklin County matter.  Counsel for Mr. Fortner has discussed this matter with the United States and the prosecution has indicated their intent not to oppose this motion.  Therefore, Mr. Fortner requests this Court continue the sentencing hearing because additional time is necessary to ensure attendance at both hearings.

Wherefore, the parties respectfully request this Court continue the sentencing hearing date to September 23, 2025, at the Court's convenience.  On that date, this Court is sentencing two co-defendants in this same matter and may wish to sentence Mr. Fortner on the same date as a matter of efficiency and convenience.

Respectfully submitted,

*Marisa T. Darden*
Marisa T. Darden (0098583)
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
127 Public Square Suite 4900
Cleveland, OH 44114-1304
mdarden@beneschlaw.com
Telephone: 216.363.4440
*One of the Attorneys for*
*Defendant Willie L. Fortner III*